PETER R. BOUTIN, CASB NO. 65261
peter.boutin@kyl.com
CHRISTOPHER A. STECHER, CASB NO. 215329
christopher.stecher@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Ave.
San Francisco, California 94133
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendants
CITIGROUP GLOBAL MARKETS, INC.,
SUNTRUST ROBINSON HUMPHREY, INC.,
WELLS FARGO SECURITIES, LLC, and BNY
MELLON CAPITAL MARKETS, LLC (f/n/a
MELLON FINANCIAL MARKETS, LLC)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SOUTH SAN FRANCISCO,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>CITIGROUP GLOBAL MARKETS INC., SUNTRUST ROBINSON HUMPHREY, INC., WELLS FARGO SECURITIES, LLC, MELLON FINANCIAL MARKETS, INC., ERNST & YOUNG LLP, RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA, ERIN CALLAN, MICHAEL L. AINSLIE, JOHN F. AKERS, ROGER S. BERLIND, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, SIR CHRISTOPHER GENT, ROLAND HERNANDEZ, HENRY KAUFMAN, JOHN D. MACOMBER, and DOES 1 through 20,<br><br>                    Defendants. | Case No. C 09-00501-~~MMC~~ SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER STAYING CASE PENDING FINAL DETERMINATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO TRANSFER CASE PURSUANT TO 28 U.S.C. § 1407 AND EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

KYL_SF475112

STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING FINAL TRANSFER DETERMINATION BY MDL PANEL ANDEXTENDING TIME TO RESPOND TO COMPLAINT – CASE NO. C 09-00501-MMC

WHEREAS on December 16, 2008, Plaintiff City of South San Francisco ("Plaintiff") filed the Complaint in this case in the Superior Court of the State of California, County of San Mateo;

WHEREAS on February 4, 2009, Defendants Citigroup Global Markets, Inc., Suntrust Robinson Humphrey, Inc., Wells Fargo Securities, LLC, and Mellon Financial Markets, LLC (n/k/a BNY Mellon Capital Markets, LLC) ("Underwriter Defendants") timely filed a Notice of Removal in this Court, and Defendants Ernst & Young LLP and Erin Callan (collectively, with the Underwriter Defendants, the "Removing Defendants") filed joinders to the Notice of Removal on February 4, 2009 and February 6, 2009 respectively;

WHEREAS on February 25, 2009, a Waiver of the Service of Summons was provided to counsel for Defendants Richard S. Fuld, Jr., Christopher M. O'Meara, Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H. Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland Hernandez, Henry Kaufman, and John D. Macomber (collectively, together with the Removing Defendants, the "Stipulating Defendants"), and counsel has agreed to timely execute such waivers on behalf of those defendants;

WHEREAS on February 6, 2009, the Underwriter Defendants filed a "tag-along" notice with the Judicial Panel on Multidistrict Litigation ("MDL Panel") to inform the MDL Panel that this action is related to a number of other Lehman-Brothers related securities cases that the parties to those other actions have moved the MDL Panel to transfer to the Southern District of New York pursuant to 28 U.S.C. § 1407;

WHEREAS on February 9, 2009, the MDL Panel granted the motion to transfer the other cases and issued an order transferring them to Judge Kaplan in the Southern District of New York ("February 9 Transfer Order"), including Zenith Insurance Co. v. Fuld, Case No. 08-5352-SC ("Zenith"), and San Mateo County Investment Pool v. Fuld, Case No. 08-5353-SC ("San Mateo"), both of which are pending in this District before Judge Conti;

WHEREAS on February 10, 2009, Judge Conti issued an order staying Zenith and San

Mateo pending receipt of a certified copy of the MDL Panel transfer order, and also stayed a third related action, Solton v. Fuld, Case No. 08-5617-SC ("Solton"), in which certain defendants had filed a "tag-along" notice with the MDL Panel – as the Underwriter Defendants did in this case – requesting that Solton be transferred along with the two other cases;

WHEREAS on February 13, 2009, the MDL Panel issued a conditional transfer order ("Conditional Transfer Order") to transfer three actions, including this action and Solton, to Judge Kaplan in the Southern District of New York, for the reasons stated in the February 9 Transfer Order;

WHEREAS any opposition to the Conditional Transfer Order is due on March 2, 2009 and, if no opposition is filed by that date, the Conditional Transfer Order becomes effective, and this case shall be transferred to the Southern District of New York;

WHEREAS Plaintiff does not intend to file any opposition to the Conditional Transfer Order;

WHEREAS Plaintiff intends to file a motion to remand in this action following resolution of the Conditional Transfer Order;

NOW, THEREFORE, pursuant to Civ. L.R. 6-1(a), the undersigned parties hereby stipulate that:

This case shall be stayed pending a final determination by the MDL Panel whether to transfer this case to the Southern District of New York;

The Plaintiff will not be required to file a motion for remand until (i) thirty (30) days after the Conditional Transfer Order becomes effective, or the MDL Panel issues some other order regarding transfer of this case to the Southern District of New York, or (ii) such time as ordered by Judge Kaplan in the Southern District of New York following transfer of this action;

The Stipulating Defendants will have 30 days from the issuance of an order deciding Plaintiff's remand motion to answer or otherwise respond to the Complaint, or such time as ordered by

| | |
|---|---|
| 1 | Judge Kaplan in the Southern District of New York following transfer of this action. |

DATED: February 26, 2009  /s/ George S. Trevor
GEORGE S. TREVOR
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP

Attorneys for Plaintiff CITY OF SOUTH SAN FRANCISCO

DATED: February 26, 2009  /s/ Peter R. Boutin[1]
PETER R. BOUTIN
CHRISTOPHER A. STECHER
KEESAL, YOUNG & LOGAN

Attorneys for Defendants
CITIGROUP GLOBAL MARKETS, INC., SUNTRUST ROBINSON HUMPHREY, INC., WELLS FARGO SECURITIES, LLC, and BNY MELLON CAPITAL MARKETS, LLC (f/n/a MELLON FINANCIAL MARKETS, LLC)

DATED: February 26, 2009  /s/ James G. Kreissman
JAMES G. KREISSMAN
SIMPSON THACHER & BARTLETT LLP

Attorneys for Defendants
RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA, MICHAEL L. AINSLIE, JOHN F. AKERS, ROGER S. BERLIND, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, SIR CHRISTOPHER GENT, ROLAND HERNANDEZ, HENRY KAUFMAN, and JOHN D. MACOMBER,

DATED: February 26, 2009  /s/ Joshua Judah Pollack
JOSHUA JUDAH POLLACK
PROSKAUER ROSE LLP

Attorneys for Defendant
ERIN CALLAN

(*signatures continued on next page*)

---

[1] I hereby attest that the other signatories to this Stipulation have authorized me to sign the Stipulation on their behalf as indicated by a "conformed" signature (/s/). Keesal, Young & Logan has the written authorizations in its files.

1  DATED: February 26, 2009          /s/ James K. Lynch
2                                    JAMES K. LYNCH
                                     LATHAM & WATKINS LLP
3
                                     Attorneys for Defendant
4                                    ERNST & YOUNG LLP

5

6

7  **PURSUANT TO STIPULATION, IT IS SO ORDERED.:**

8
   DATED: 2/26/09
9                                    _____
                                     HON. MAXINE M. CHESNEY
10                                   UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED / Judge Samuel Conti / United States District Court, Northern District of California]

- 5 -

KYL_SF475112

STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING FINAL TRANSFER DETERMINATION BY MDL PANEL ANDEXTENDING TIME TO RESPOND TO COMPLAINT – CASE NO. C 09-00501-MMC